UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RAYMOND C WROBEL JR.,<br><br>            Defendant. | PO-19-5208-GF-JTJ<br>Ticket Number: 9408130 and 9408127<br>Location Code: M23F<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Raymond C Wrobel Jr., was present in court and entered a plea of guilty to the charges of: INTERFERENCE WITH PERSONS ENGAGED IN AUTHORIZED ACTIVITY ON A NWR and DISORDERLY CONDUCT ON A NWR.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $250.00 plus $30.00 Special Assessment for INTERFERENCE WITH PERSONS ENGAGED IN AUTHORIZED ACTIVITY ON A NWR and $250.00 plus $30.00 Special Assessment for DISORDERLY CONDUCT ON A NWR for a total of $560.00. The fine has been paid in full, receipt number MTX400013979.

2. Defendant is prohibited from entering the CMR Wildlife Refuge for a period of one year, starting from October 3, 2019.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: October 3, 2019.

DATED this 7th day of October, 2019.

John Johnston
United States Magistrate Judge